AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

**FILED**
2014 SEP -5 A 9:28
DISTRICT OF UTAH

BY _____
DEPUTY CLERK

Christopher Dettle and Kim Dettle

v.

Richfield City, Richfield City Police Department, Jarred LeFevre, Shane Scott, Scott Hatch and Larry Ashurst

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:13 cv 357 DAK

IT IS ORDERED AND ADJUDGED

that judgment be entered in favor of he defendants and plaintiffs' cause of action is dismissed with prejudice. Each party is to bear his, her or its own costs.

September 4, 2014
*Date*

D. Mark Jones
*Clerk of Court*

_____
*(By) Deputy Clerk*